**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: A.J.H. AND I.G.H. : No. 372 MAL 2017
:
:
PETITION OF: K.J.R., MOTHER : Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issues, rephrased for clarity, are as follows:

    a.    Whether the Superior Court overlooked and misapprehended controlling precedent from the Supreme Court of Pennsylvania as well as its own precedent when the appellate court affirmed the trial court's decision to admit into evidence one hundred sixty eight (168) Berks County Children and Youth Service's exhibits that were not authenticated, submitted for the truth of the matter asserted therein, contained medical/psychiatric opinions and diagnosis and did not fall under any hearsay exception?

    b.    Did the Superior Court misapply the law when it affirmed, on the grounds of harmless error, the trial court's admission of the contents of the Berks County Children and Youth Service's file?